UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 16-Cr-644 (SHS)

       -against- : <u>ORDER</u>

JESUS RODRIGUEZ-JIMENEZ, :

           Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       On November 6, 2020, this Court issued an Opinion and Order denying defendant Jesus Rodriguez-Jimenez's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) on the grounds that there were no extraordinary and compelling reasons to grant a sentence reduction and the factors set forth in 18 U.S.C. § 3553(a) did not favor a reduction. *See*, *U.S. v. Rodriguez-Jimenez*, 16-cr-644 (SHS), 2020 U.S. Dist. LEXIS 208342 (S.D.N.Y. Nov. 6, 2020).

       Rodriguez-Jimenez has now submitted three copies of a letter which the Court construes as a renewed motion for compassionate release [ECF Doc. Nos. 236, 237, 238]. In it, he contends that others in the conspiracy were more culpable than he but received shorter sentences; that in 2020 he had suffered the loss of his son and his father; and that his place of confinement is far from his remaining family. The Court has considered these matters and denies defendant's application for the same reasons set forth in the November 6, 2020, Opinion and Order. The Clerk of Court is directed to mail a copy of this Order to defendant Jesus Rodriguez-Jimenez [53343-048] at FCI Gilmer, Federal Correctional Institution, P.O. Box 6000, Glenville, WV 26351, which is where the Federal Bureau of Prisons states he is located.

Dated: New York, New York
       July 5, 2023

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.